B6C (Official Form 6C) (4/13)

In re **Mary Fullwood**,   Case No. **15-13390**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash | 11 USC § 522(d)(5) | 1.00 | 1.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| M&T Bank Checking Account | 11 USC § 522(d)(5) | 1,200.00 | 1,200.00 |
| Santander Savings Account | 11 USC § 522(d)(5) | 5.00 | 5.00 |
| **Household Goods and Furnishings** | | | |
| Household Furniture and Furnishings, TV and Computer | 11 USC § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Furs and Jewelry** | | | |
| Watch | 11 USC § 522(d)(4) | 25.00 | 25.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 9mm Semi Auto Pistol | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **Inventory** | | | |
| Clothing for Clothing Sale Business | 11 USC § 522(d)(5) | 19.00 | 3,000.00 |
| | 11 USC § 522(d)(5) | 2,981.00 | |
| **Animals** | | | |
| 2 Pure Bred Shitz Tzus | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 2015 Tax Refund | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |
| | Total: | **12,731.00** | **12,731.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt