B6F (Official Form 6F) (12/07)

In re **Mary Fullwood**, Case No. **15-13390**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6209**<br><br>**Cap1/bstby**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | - | **Opened 12/10/10  Last Active 11/06/13**<br><br>**Charge Account** | | | | **800.00** |
| Account No. **xxxxxxxxxxxx1477**<br><br>**Citibank/The Home Depot**<br>**Citicorp Credit Srvs/Centralized Bankrup**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | | - | **Opened  7/03/11  Last Active  8/05/13**<br><br>**Charge Account** | | | | **1,000.00** |
| Account No. **28482136**<br><br>**Diversified Consultant**<br>**P O Box 551268**<br>**Jacksonville, FL 32255** | | - | **OPEN ACCOUNT OPENED 11/2014** | | | | **1,016.00** |
| Account No. **5178006384538098**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | **REVOLVING ACCOUNT OPENED 4/2012** | | | | **495.00** |

__2__ continuation sheets attached

Subtotal (Total of this page)  **3,311.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mary Fullwood**, Case No. **15-13390**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178006240093387** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | - | **REVOLVING ACCOUNT OPENED 12/2009** | | | | **387.00** |
| Account No. **8564622163** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | - | **OPEN ACCOUNT OPENED 8/2014** | | | | **893.00** |
| Account No. **8563378556** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | - | **OPEN ACCOUNT OPENED 5/2014** | | | | **1,005.00** |
| Account No. **72221024711o** <br><br> **Monroe And Main** <br> **1112 7th Ave** <br> **Monroe, WI 53566** | | - | **REVOLVING ACCOUNT OPENED 9/2012** | | | | **512.00** |
| Account No. **6035320362021477** <br><br> **Portfolio Recovery Ass** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502** | | - | **OPEN ACCOUNT OPENED 1/2015** | | | | **2,889.00** |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **5,686.00**

In re **Mary Fullwood**, Case No. **15-13390**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 12143571027840377<br><br>Springleaf Fin Srvcs | | - | **INSTALLMENT ACCOUNT OPENED 12/2014** | | | | 4,386.00 |
| Account No. 6032203134393882<br><br>Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896 | | - | **REVOLVING ACCOUNT OPENED 11/2011** | | | | 664.00 |
| Account No. 65932594<br><br>United Consumer Finl S<br>865 Bassett Rd<br>Westlake, OH 44145 | | - | **Kirby Cleaning System** | | | | 1,843.00 |
| Account No. 6109663490548<br><br>Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304 | | - | **OPEN ACCOUNT OPENED 10/2012** | | | | 238.00 |
| Account No. 6369921012300090<br><br>Webbank/fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | | - | **REVOLVING ACCOUNT OPENED 7/2010** | | | | 1,004.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,135.00**

Total (Report on Summary of Schedules) **17,132.00**