## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood | CHAPTER 7 |
| Debtor | |
| HomeBridge Financial Services, Inc. | |
| Movant | NO. 15-13390 REF |
| vs. | |
| Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood | |
| Debtor | 11 U.S.C. Section 362 |
| David A. Eisenberg, Esquire          Trustee | |

### ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6518 Pioneer Drive, Macungie, PA 18062 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: September 2, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list

Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood
6518 Pioneer Drive
Macungie, PA 18062

Paul E. Trainor, Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

David A. Eisenberg, Esquire
3140B Tilghman Street
PMB #321
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532