```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                  Case No. 15-13390-ref
Mary Fullwood                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 1              Date Rcvd: Sep 02, 2016
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
```
db             +Mary Fullwood,    6518 Pioneer Drive,    Macungie, PA 18062-8437
13586658       +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
```
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com,   deisenberg@ecf.epiqsystems.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Mary  Fullwood trainorlawoffices@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood<br>             Debtor | CHAPTER 7 |
| HomeBridge Financial Services, Inc.<br>             Movant<br>    vs. | NO. 15-13390 REF |
| Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood<br>             Debtor | 11 U.S.C. Section 362 |
| David A. Eisenberg, Esquire        Trustee | |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6518 Pioneer Drive, Macungie, PA 18062 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: September 2, 2016**

United States Bankruptcy Judge.

cc: See attached service list

Mary Fullwood aka Mary D. Fullwood aka Mary Dean Fullwood
6518 Pioneer Drive
Macungie, PA 18062

Paul E. Trainor, Esq.
1720 Fairmont Street (VIA ECF)
Allentown, PA 18104

David A. Eisenberg, Esquire
3140B Tilghman Street
PMB #321
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532